**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JURASSIC SEISMIC COMPANY**                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:05CV682WN**

**JOHN P. ADCOCK, JR., *ET AL.***                              **DEFENDANTS**

## ORDER

This matter came before the court upon notification of counsel for the Plaintiff as to this status of this litigation. Apparently, each Defendant who has not been dismissed, with the exception of Thomas Lewis Tullos, is in default. The Plaintiff does not seek to conduct discovery in this matter, but wishes to stay any further proceedings for several months, while it seeks to obtain further information. It has suggested a September status conference to determine any appropriate further action. Under the circumstances presented herein, the court is of the opinion that this request has merit and should be granted.

IT IS, THEREFORE, ORDERED that this matter is stayed until September 1, 2006. By that date, the Plaintiff is required to notify the court as to the status of this matter, so that a conference may be scheduled with the Magistrate Judge who will be assigned this case after the retirement of the undersigned. Failure to so notify the court may result in a recommendation that this matter be dismissed for failure to prosecute.

IT IS SO ORDERED, this the 25th day of January, 2006.

                                                           S/Alfred G. Nicols, Jr.
                                        UNITED STATES MAGISTRATE JUDGE