IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JURASSIC SEISMIC COMPANY                                                    PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:05cv682 HTW-LRA

JOHN P. ADCOCK, JR., et al.                                              DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                                    PLAINTIFF

vs.                                             CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.                                                   DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                                    PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:06cv171 HTW-LRA

HAROLD ADAMS, ET AL.                                                     DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                                    PLAINTIFF

vs.                                         CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH                                                              DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

**THIS DAY**, this cause came on to be heard on the joint motion *ore tenus* of Plaintiff

Jurassic Seismic Company and Defendants Harold Adams; Colon Lee Anding; Gracie R. Anding;

Pam Betz; James R. Boykin; Robert Gene Bray; Georgia Ates Burch; Eddie D. Burks; William Burton, Jr.; Shannon Burton; Tommy Cain; W. B. Cockrell; Betty Coleman; Leslie F. Coleman; Randall Craft; Linda Craft; Clifton Wayne Currie; Henry G. Driskell; Mildred Driskell; Melvin A. Hamilton; Billie Harrison; Peggy Harrison; George Hawkins; Janice Hawkins; Thomas Hughes; Larry Sue Hughes; Walter C. Johnson, Jr.; James Donald Jones; Terri Jones; Griffith Kelly; Susan Kelly; Jerry Keyes; Emma Keyes; William Kittrell; R. C. Martin, Jr.; Harry D. Norris; Oliver Norris as Representative of the J. E. Norris Estate; J. W. Norris, Jr.; Celeste Rhemann; Ella L. Stringer; Jeff Sumrall; James N. Tanner; Annie J. Thompson; Barbara Burns Threatt; Jimmy D. Walker; Dixie W. Walker; Kevin A. Westbrook; Kay Westbrook; Morris R. Westbrook; and Georgia S. Ziegler (collectively referred to herein as "Defendants") for entry of judgment dismissing any claims of Jurassic Seismic Company against Defendants, with prejudice, and dismissing any claims of Defendants against Jurassic Seismic Company, with prejudice, without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims of Jurassic Seismic Company against Defendants Harold Adams; Colon Lee Anding; Gracie R. Anding; Pam Betz; James R. Boykin; Robert Gene Bray; Georgia Ates Burch; Eddie D. Burks; William Burton, Jr.; Shannon Burton; Tommy Cain; W. B. Cockrell; Betty Coleman; Leslie F. Coleman; Randall Craft; Linda Craft; Clifton Wayne Currie; Henry G. Driskell; Mildred Driskell; Melvin A. Hamilton; Billie Harrison; Peggy Harrison; George Hawkins; Janice Hawkins; Thomas Hughes; Larry Sue Hughes; Walter C. Johnson, Jr.; James Donald Jones; Terri Jones; Griffith Kelly; Susan Kelly; Jerry Keyes; Emma Keyes; William Kittrell; R. C. Martin, Jr.; Harry D. Norris; Oliver Norris as Representative of the J. E. Norris Estate; J. W. Norris, Jr.; Celeste Rhemann; Ella L.

Stringer; Jeff Sumrall; James N. Tanner; Annie J. Thompson; Barbara Burns Threatt; Jimmy D. Walker; Dixie W. Walker; Kevin A. Westbrook; Kay Westbrook; Morris R. Westbrook; and Georgia S. Ziegler are hereby dismissed, with prejudice, and that all claims of Defendants Harold Adams; Colon Lee Anding; Gracie R. Anding; Pam Betz; James R. Boykin; Robert Gene Bray; Georgia Ates Burch; Eddie D. Burks; William Burton, Jr.; Shannon Burton; Tommy Cain; W. B. Cockrell; Betty Coleman; Leslie F. Coleman; Randall Craft; Linda Craft; Clifton Wayne Currie; Henry G. Driskell; Mildred Driskell; Melvin A. Hamilton; Billie Harrison; Peggy Harrison; George Hawkins; Janice Hawkins; Thomas Hughes; Larry Sue Hughes; Walter C. Johnson, Jr.; James Donald Jones; Terri Jones; Griffith Kelly; Susan Kelly; Jerry Keyes; Emma Keyes; William Kittrell; R. C. Martin, Jr.; Harry D. Norris; Oliver Norris as Representative of the J. E. Norris Estate; J. W. Norris, Jr.; Celeste Rhemann; Ella L. Stringer; Jeff Sumrall; James N. Tanner; Annie J. Thompson; Barbara Burns Threatt; Jimmy D. Walker; Dixie W. Walker; Kevin A. Westbrook; Kay Westbrook; Morris R. Westbrook; and Georgia S. Ziegler against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provision of Fed.R.Civ.P. 54(b).

**SO ORDERED AND ADJUDGED**, this the 2nd day of March, 2010.

_Henry T. Wingate_
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED** this the 5th day of January, 2010.

_____
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)
Attorney for Plaintiff Jurassic Seismic Company


**APPROVED AND AGREED** as to form, this the 5TH day of January 2010.


_____
Eugene C. Tullos