# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JURASSIC SEISMIC COMPANY          PLAINTIFF

vs.          CIVIL ACTION NO. 3:05cv682 HTW-LRA

JOHN P. ADCOCK, JR., et al.          DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY          PLAINTIFF

vs.          CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.          DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY          PLAINTIFF

vs.          CIVIL ACTION NO. 3:06cv171 HTW-LRA

HAROLD ADAMS, ET AL.          DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY          PLAINTIFF

vs.          CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH          DEFENDANT

## AGREED JUDGMENT OF DISMISSAL
## OF DEFENDANT THOMAS TULLOS

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of Plaintiff Jurassic Seismic Company and Defendant Thomas Tullos, for entry of judgment dismissing any claims of Jurassic Seismic Company against Thomas Tullos, with prejudice, and dismissing any claims of Thomas Tullos against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against Thomas Tullos be and they are hereby dismissed, with prejudice, and that all claims of Thomas Tullos against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of _____March_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED:**


_____
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)

Attorneys for Jurassic Seismic Company

_____
Thomas Tullos