# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JURASSIC SEISMIC COMPANY                                             PLAINTIFF

vs.                                        CIVIL ACTION NO. 3:05cv682 HTW-LRA

JOHN P. ADCOCK, JR., et al.                                        DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                             PLAINTIFF

vs.                                         CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.                                             DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                             PLAINTIFF

vs.                                        CIVIL ACTION NO. 3:06cv171 HTW-LRA

HAROLD ADAMS, ET AL.                                               DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                             PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH                                                       DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of plaintiff

Jurassic Seismic Company and the undersigned defendant for entry of judgment dismissing

any claims of Jurassic Seismic Company against the undersigned defendant, with prejudice,

and dismissing any claims of the undersigned defendant against Jurassic Seismic Company, with prejudice, without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against the undersigned defendant be and they are hereby dismissed, with prejudice, and that all claims of the undersigned defendant against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of _March_ , 2010.

_Henry T. Wingate_
UNITED STATES DISTRICT JUDGE


APPROVED AND AGREED:

_Glenn Gates Taylor (signature)_
Glenn Gates Taylor (MSB No. 7453)
Attorney for Jurassic Seismic Company

Ginger Ivy Jones
(Printed name of defendant)

_Ginger Ivy Jones (signature)_
(Signature of defendant)