# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JURASSIC SEISMIC COMPANY**                                **PLAINTIFF**

**vs.**                                                          **CIVIL ACTION NO. 3:05cv682 HTW-JCS**

**JOHN P. ADCOCK, JR. ET AL.**                                  **DEFENDANTS**

## AGREED JUDGMENT

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of plaintiff Jurassic Seismic Company and defendant Sarah Elizabeth C. Houston, for entry of judgment dismissing any claims of Jurassic Seismic Company against Sarah Elizabeth C. Houston and any claims of Sarah Elizabeth C. Houston against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against Sarah Elizabeth C. Houston be and they are hereby dismissed, with prejudice, and that all claims of Sarah Elizabeth C. Houston against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of March, 2010.

_Henry T. Wingate_
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

~~Lee Howell (MSB No. 8587)~~ Glenn Gates Taylor (MSB No. 7453)
Attorney for Jurassic Seismic Company

_Sarah Elizabeth C. Houston_
Sarah Elizabeth C. Houston