IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JURASSIC SEISMIC COMPANY                                PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:05cv682 HTW-LRA

JOHN P. ADCOCK, JR., et al.                             DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.                                  DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:06cv171 HTW-LRA

HAROLD ADAMS, ET AL.                                    DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH                                           DEFENDANT

## AGREED JUDGMENT OF DISMISSAL OF
## <u>DEFENDANTS STEVEN A. PALMER AND CAROLYN A. PALMER</u>

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of plaintiff Jurassic Seismic Company and defendants Steven A. Palmer and wife, Carolyn A. Palmer, for entry of judgment dismissing any claims of Jurassic Seismic Company against Steven A. Palmer and wife, Carolyn A. Palmer, with prejudice, and dismissing any claims of Steven A. Palmer and wife, Carolyn A. Palmer against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against Steven A. Palmer and wife, Carolyn A. Palmer be and they are hereby dismissed, with prejudice, and that all claims of Steven A. Palmer and wife, Carolyn A. Palmer against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____
Glenn Gates Taylor (MSB No. 7453)
Attorney for Jurassic Seismic Company

_____
Steven A. Palmer

_____
Carolyn A. Palmer